# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES THOMAS PACLIK,**

**Plaintiff,**

**v.**

**JENNY CAROLINA URQUIAGA-PACLIK,**

**Defendant.**                                              **No. 07-CV-294-DRH**

### ORDER

**HERNDON, District Judge:**

On June 11, 2007, Plaintiff filed a document entitled "Update to Amended Petition for Intervention." (Doc. 9.) The Court understands this document to be a supplement to Plaintiff's second amended petition for intervention. Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 15(d)** supplemental pleadings may only be filed after a party has filed a motion to supplement pleadings and the Court has granted such motion. Since Plaintiff filed the "Update to Amended Petition for Intervention" (Doc. 9) without leave from the Court, the Court **STRIKES** the document. If Plaintiff wishes to refile the supplement, Plaintiff should first file a motion for leave to file a supplement and wait for the Court's ruling before proceeding. The motion should explain why such a supplement is necessary. In the future, Plaintiff is also directed to closely abide by all of the **FEDERAL RULES OF CIVIL PROCEDURE**, as well as the **SOUTHERN DISTRICT OF ILLINOIS LOCAL RULES**. Lastly, Plaintiff is advised that he may not contact chambers counsel to discuss the specifics

Dockets.Justia.com

of this case. Plaintiff may only contact chambers if he has a general procedural question; even then, Plaintiff should understand that chambers counsel may not advise Plaintiff on the law.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2007.

/s/        David   RHerndon<br>**United States District Judge**