IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS

DATE:   July 20, 2007

CASE NO. : 07-294-DRH          CASE NAME:  Paclik vs. Urquiaga-Paclik

DOCUMENT NO.: 14, 15           DOCUMENT TITLE: Entry of Appearance;
                               Motion to Dismiss

One of the following errors/deficiencies has been identified in the document listed above:

☒   Doc. 14 does not have a certificate of service attached.

    Doc. 15 is not s/ signed by efiler and has no certificate of service attached.

ACTION TAKEN BY CLERK'S OFFICE

☒   NONE.

    In the future, please make sure a certificate of service is attached to all documents in order to prevent the document from being stricken.  Further, all documents filed must be s/ signed by filer.  Please see the ECF User Manual for further instruction.

    THIS NOTICE IS BEING SENT FOR INFORMATIONAL PURPOSES ONLY.  NO FURTHER ACTION IS REQUIRED OF FILER.

                                        Norbert G. Jaworski
                                        Clerk of Court


                                        By:___s/ Lisa M. Braun_____
                                              Deputy Clerk